Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                      Case No.:  19−23379−RG
                                      Chapter:  13
                                      Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bonnie Marbley
   403 W Fifth Avenue
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−1346

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 11, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 73 − 61
Order Granting Motion to Approve Final Loan Modification Agreement (Related Doc # 61) with ShellPoint Mortgage Servicing. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/8/2021. (car)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 11, 2021
JAN: car

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-23379-RG

Bonnie Marbley                                                                              Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 2

Date Rcvd: Jan 11, 2021      Form ID: orderntc       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonnie Marbley, 403 W Fifth Avenue, Roselle, NJ 07203-1817 |
| cr | + DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Vanderbilt Mortgage and Finance, Inc., Greenspoon Marder LLP, c/o Erik Berglund, Esq., 100 South Wood Avenue, Suite 207, Iselin, NJ 08830-2716 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

**Name**       **Email Address**

Camille J Kassar
   on behalf of Debtor Bonnie Marbley ckassar@locklawyers.com
   kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com,tdell@locklawyers.com

Denise E. Carlon
   on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 11, 2021 | Form ID: orderntc | Total Noticed: 2

Erik Berglund
    on behalf of Creditor Vanderbilt Mortgage and Finance  Inc. erik.berglund@gmlaw.com, bankruptcy@gmlaw.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas V. Rogers
    on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Shauna M Deluca
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing sdeluca@raslg.com

Sindi Mncina
    on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8