Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–23379–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bonnie Marbley
  403 W Fifth Avenue
  Roselle, NJ 07203
Social Security No.:
  xxx–xx–1346
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/3/21 at 10:00 AM

to consider and act upon the following:

*78* – Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:77 Application for Compensation for Camille J Kassar, Debtor's Attorney, period: 6/24/2020 to 1/23/2021, fee: $993.75, expenses: $0.00. Filed by Camille J Kassar. Objection deadline is 2/1/2021. (Attachments: # 1 Cover Sheet Summary # 2 Time Sheet # 3 Certificate of Service # 4 Proposed Order) filed by Debtor Bonnie Marbley) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 1/26/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court