UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar, Esq
Law Offices of Camille J Kassar
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com
Attorney for Debtor

Order Filed on February 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bonnie Marbley

| | |
|---|---|
| Case No.: | 19-23379 RG |
| Chapter: | 13 |
| Judge: | RG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: February 2, 2021

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar_____, the applicant, is allowed a fee of $ _____993.75_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____993.75_____ . The allowance is payable:

⊠  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____295.00_____ per month for _____41_____ months to allow for payment of the above fee.

*rev.8/1/15*

2